UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BEVERLY A. GEORGE<br>Plaintiff,<br><br>v.<br><br>AT&T CORPORATION<br>Defendant. | Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AT&T CORPORATION** |

05- 11079 DPW

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant AT&T Corporation hereby states that AT&T Corporation has no corporate parent and that no publicly held corporation owns 10% or more of AT&T Corporation stock.

Respectfully submitted,

AT&T CORPORATION,

By its attorneys

Nathan L. Kaitz (BBO No. 252760)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Date: May 24, 2005

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Blake J. Godbout, Esq., Blake J. Godbout & Associates, 33 Broad Street, 11th Floor, Boston, MA 02109, by first-class mail this 24th day of May 2005.

*Nathan L. Kaitz*
Nathan L. Kaitz