UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

BEVERLY A. GEORGE,

                Plaintiff,

v.                                              Civil Action No. 05 11079 (DPW)

AT&T CORP.,

                Defendant.

---------------------------------------------------------------x

**PARTIES' PROPOSED PRE-TRIAL SCHEDULE**

After consultation pursuant to Local Rule 16.1 (B), the parties propose the following pre-trial schedule:

      1.      Discovery as to factual matters to be completed within eight (8) months following service of mandatory disclosures under Fed. R. Civ. P. 26(a)(1).

      2.      Motions pursuant to Fed. R. Civ. P. 56 to be filed sixty (60) days after the close of factual discovery.

      3.      Disclosure of expert witnesses to be made within thirty (30) days following decision on motion under Fed. R. Civ. P. 56, or sixty (60) days following the close of factual discovery if no timely motion under Rule 56 is filed.

      4.      Discovery of expert witnesses to be completed within sixty (60) days following the deadline for disclosure of such witnesses.

      5.      Joinder of any additional parties to be completed prior to thirty (30) days before the close of factual discovery.

6.   A pre-trial conference to be scheduled by the court following the close of discovery for expert witnesses.

                                                Respectfully submitted,

| | |
|---|---|
| **Beverly George**, | **AT&T Corp.,** |
| Plaintiff | Defendant |
| | |
| By her Attorneys, | By its Attorneys, |
| | |
| /s/ Blake J. Godbout | /s/ Nathan L. Kaitz |
| Blake J. Godbout (BBO #196380) | Nathan L. Kaitz (BBO #252760) |
| David A. Conti (BBO #661419) | Leah M. Moore (BBO #658217) |
| Blake J. Godbout & Associates | Morgan, Brown & Joy, LLP |
| 33 Broad Street, 11th Floor | 200 State Street, 11th Floor |
| Boston, MA  02109 | Boston, MA  01209 |
| (617) 523-6677 | (617) 788-5014 |

## CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                                /s/ Blake J. Godbout
                                                Blake J. Godbout