# UNITED STATED DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

BEVERLY A. GEORGE,

        Plaintiff,

   v.                                    Civil Action No. 05 11079 (DPW)

AT&T CORP.,

        Defendant.

-------------------------------------------------------------x

## PLAINTIFF'S LOCAL RULE 16 · 1(D)(3) CERTIFICATION

The Plaintiff and undersigned counsel, by way of Local Rule 16.1(D)(3) do hereby

certify that they conferred with a view towards (1) establishing a budget for the costs of

conducting the full course, and various alternative courses, of the litigation; and (2) considering

the resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in Local Rule 16.4.

_Beverly A. George_
Beverly George, Plaintiff

_BL J Godbut_
Blake J. Godbout, Esq.
**BLAKE J. GODBUT & ASSOCIATES**
33 Broad Street, 11th Floors
Boston, MA 02109
(617) 523-6677
BBO# 196380

## CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Blake J. Godbout
Blake J. Godbout