UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
BEVERLY A. GEORGE,

                      Plaintiff,

    v.                                            Civil Action No. 05-11079 DPW

AT&T CORP.,

                      Defendant.
---------------------------------------------------------------x

**Certification Pursuant to Local Rule 16.1(D)(3)**

      Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(3), counsel for Defendant AT&T Corp,, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation. In addition, Defendant and its counsel have considered the resolution of this litigation through the use of alternative dispute resolution programs.

      Defendants will be prepared to respond at the scheduling conference as to whether it will agree to attempt to resolve this litigation by such a program.

                                                    Respectfully Submitted,
                                                    AT&T CORP.
                                                    By its Attorneys

| | |
|---|---|
| _/s/ David L. Forbes_ | _/s/ Nathan L. Kaitz_ |
| David L. Forbes | Nathan L. Kaitz, BBO # 252760 |
| General Attorney | Morgan, Brown & Joy, LLP |
| AT&T Corp. | 200 State Street, 11th Floor |
| 1230 Peachtree St., N.E. Room 4W20 | Boston, MA 02109 |
| Atlanta, GA 30309 | |
| | (617) 523-6666 |
| Dated: | |

## CERTIFICATE OF SERVICE

I, Nathan L. Kaitz, hereby certify that on this 28the day of July, 2005 I served a copy of the Defendant's Certification Pursuant to Local Rule 16.1(D)(3) by first class mail, postage prepaid, upon: David A. Conti, Esquire, Blake J. Godbout & Associates, 33 Broad Street, 11th Floor, Boston MA 02109

_____
Nathan L. Kaitz