UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

BEVERLY A. GEORGE,
    Plaintiff,

 v.              Civil Action No. 05 11079 (DPW)

AT&T CORP.,
    Defendant.

---------------------------------------------------------------x

## PLAINTIFF'S ASSENTED TO MOTION FOR MODIFICATION OF SCHEDULE

  The Plaintiff, Beverly A. George (hereinafter "Plaintiff"), by her counsel, hereby requests that this Court modify the schedule as the schedule approved by this court on August 4, 2005, failed to provide the Plaintiff with sufficient time to complete discovery in this matter due to the intervening holidays. The discovery deadline is currently set to expire on December 16, 2005. Plaintiff proposes to modify the schedule as follows:

  January 30, 2006 – all discovery to be completed; and

  March 3, 2006 – dispositive motions filed.

  WHEREFORE, the Plaintiff respectfully requests that this Court grant her Motion for modification of the schedule.

Dated: November 28, 2005                             Respectfully submitted,

                                                   **BLAKE J. GODBOUT & ASSOCIATES**

                                                   By:   /s/ Blake J. Godbout
                                                          Blake J. Godbout, BBO# 196380
                                               Blake J. Godbout & Associates
                                               33 Broad Street, 11th Floor
                                               Boston, MA 02109
                                               (617) 523-6677


ASSENTED TO:


/s/ Nathan L. Kaitz
Nathan L. Kaitz (BBO #252760)
Leah M. Moore (BBO #658217)
Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Boston, MA  01209
 (617) 788-5014


## LOCAL RULE 7.1 CERTIFICATE

    I, Blake J. Godbout, hereby certify that I have conferred with Nathan L. Kaitz, Esquire, counsel for defendant, regarding the within Motion.  Attorney Kaitz assents to this Motion.

                                                 /s/ Blake J. Godbout
                                                 Blake J. Godbout


## CERTIFICATE OF SERVICE

    I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                                 /s/ Blake J. Godbout
                                                 Blake J. Godbout