UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

BEVERLY A. GEORGE,

                Plaintiff,

  v.                                        Civil Action No. 05-11079-DPW

AT&T CORP.,

                Defendant.

----------------------------------------------------------------x

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES AT&T CORP. (the "defendant") and hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment as to all counts of the complaint. In support of its motion, defendant states that there are no material issues of fact and that it is entitled to judgment as a matter of law. In further support of its motion, defendant refers the Court to the attached Defendant's Statement of Undisputed Material Facts, including Appendix, and the attached Defendant's Memorandum of Law in Support of Motion for Summary Judgment.

Dated: March 3, 2005                                    AT&T Corp.,

                                                            By its Attorneys,

                                                            ___/s/ Nathan L. Kaitz_____
                                                            Nathan L. Kaitz (BBO#256760)
                                                           Morgan, Brown & Joy, LLP
                                                           200 State Street, 11th Floor
                                                           Boston, MA 02109
                                                           (617) 523-6666

**Certificate of Service**

      I hereby certify that a copy this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for plaintiff, Blake J. Godbout & Associates, 33 Broad Street, 11th Floor, Boston MA  02109 and paper copies will be sent to those indicated as non-registered participants on 3rd day of March, 2006.

                                                                                                /s/ Nathan L. Kaitz
                                                                                                  Nathan L. Kaitz