UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

BEVERLY A. GEORGE,

                Plaintiff,

v.                                          Civil Action No. 05 11079 (DPW)

AT&T CORP.,

                Defendant.

------------------------------------------------------------x

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES, the Plaintiff, Beverly A. George ("Plaintiff") and respectfully requests this court for an extension of time by which Plaintiff must respond to Defendant AT&T Corp.'s ("Defendant") Motion for Summary Judgment up to and including **Monday March 27, 2006.** As grounds therefore, the plaintiff states as follows:

    1.  Defendant filed its Motion for Summary Judgment on Friday March 3, 2006.

    2.  Pursuant to the Rules of this court, Plaintiff's Opposition is due by Friday March 17, 2006.

    3.  During a Rule 7.1 Conference held on March 13, 1006, Defendant's counsel provided his assent to the proposed extension of time.

    4.  The additional time is necessary to prepare and file Plaintiff's Opposition to the Defendant's Motion as discussed in the March 13, 2006, Conference.

5.  All parties to this action have provided their assent.

WHEREFORE, the Plaintiff Beverly A. George respectfully moves this Court for an extension of time until March 27, 2006, to file her Opposition to Defendant's Motion.

**BEVERLY A. GEORGE**,

By her attorneys,

/s/ Blake J. Godbout
Blake J. Godbout (BBO#196380)
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Dated: March 16, 2006

### LOCAL RULE 7.1 CERTIFICATE

I, Blake J. Godbout, counsel for plaintiff Beverly A. George, certify that I have spoken with Nathan L. Kaitz, Esq., Morgan, Brown & Joy, counsel for Defendant AT&T Corp., regarding the within Motion For Extension of Time to Reply.  Attorney Kaitz stated that he assents to this motion.

Dated:   March 16, 2006        /s/ Blake J. Godbout
                                Blake J. Godbout

### CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on March 16, 2006.

/s/ Blake J. Godbout
Blake J. Godbout