UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

BEVERLY A. GEORGE,
                Plaintiff,

v.                                      Civil Action No. 05 11079 (DPW)

AT&T CORP.,
                Defendant.

-----------------------------------------------------------------x

**PARTIES' JOINT STATUS REPORT**

NOW COME, the parties, and hereby jointly submit a Status Report as Ordered by this Court in its Scheduling Order.

The parties hereby report the status of the case as follows:

1. Factual Discovery is complete.

2. Plaintiff served Defendant with a demand for settlement on March 2, 2006.

3. On March 3, 2006, Defendant filed its Motion for Summary Judgment, together with supporting materials.

4. On March 28, 2006, Plaintiff filed her Memorandum in Opposition to Defendant's Motion for Summary Judgment, the Plaintiff's time to respond having been enlarged by two (2) Orders of this Court.

5. Defendant filed a Motion for Leave to File a Reply Brief on April 4, 2006. Plaintiff's Response, if any, is due by April 18, 2006.

6. No date has been set for the hearing on Defendant's Motion for Summary Judgment.

Dated: April 6, 2006               Respectfully submitted,

| **DEFENDANT AT&T CORP.** | **PLAINTIFF BEVERLY A. GEORGE** |
|---|---|
| By:   /s/ Nathan L. Kaitz | By:   /s/ Blake J. Godbout |
| Nathan L. Kaitz (BBO #252760) | Blake J. Godbout (BBO# 196380) |
| Morgan, Brown & Joy, LLP | Blake J. Godbout & Associates |
| 200 State Street, 11th Floor | 33 Broad Street, 11th Floor |
| Boston, MA  01209 | Boston, MA 02109 |
| (617) 788-5014 | (617) 523-6677 |

## CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Blake J. Godbout
Blake J. Godbout

2