UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

BEVERLY A. GEORGE,

            Plaintiff,

v.                                                 Civil Action No. 05 11079 (DPW)

AT&T CORP.,

            Defendant.

---------------------------------------------------------------x

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME
TO PROVIDE HER SUPPLEMENTAL RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

    NOW COMES, the Plaintiff, Beverly A. George ("Plaintiff") and respectfully requests this Court for an extension of time by which Plaintiff must submit her Supplemental Response to Defendant AT&T Corp.'s ("Defendant") Motion for Summary Judgment up to and including **Monday June 12, 2006.** As grounds therefore, the plaintiff states as follows:

    1. The parties appeared for a hearing on Defendant's Motion for Summary Judgment on June 7, 2006.

    2. As a result of various issues raised at argument, this Court granted Plaintiff until Friday June 9, 2006, to provide a Supplemental Response, including documentation, on various points of law raised at argument.

    3. On June 9, 2006, at approximately 4:45 p.m., Plaintiff's counsel's internet service provider crashed.

-1-

4. Counsel attempted several times to submit the filing within the time limitations imposed by the Court by utilizing an alternative internet service available through another firm.

5. Counsel's submissions to the ECF/PACER System were twice rejected, with counsel receiving unknown error messages, unrelated to either the size of the submission or the documents themselves.

6. Counsel did provide service to Defendant on Friday June 9, 2006, by First Class Mail, as required.

7. Plaintiff's counsel conferred with Defendant's counsel the morning of June 12, 2006, and counsel provided his assent to this Motion and Plaintiff's intention to file late.

WHEREFORE, the Plaintiff Beverly A. George respectfully moves this Court for an extension of time until June 12, 2006, to file her Opposition to Defendant's Motion.

**BEVERLY A. GEORGE**,

By her attorneys,

/s/ Blake J. Godbout
Blake J. Godbout (BBO#196380)
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Dated: June 12, 2006

## LOCAL RULE 7.1 CERTIFICATE

    I, Blake J. Godbout, counsel for plaintiff Beverly A. George, certify that I have spoken with Nathan L. Kaitz, Esq., Morgan, Brown & Joy, counsel for Defendant AT&T Corp., regarding the within Motion For Extension of Time to Reply. Attorney Kaitz stated that he assents to this motion.

Dated:    June 12, 2006             /s/ Blake J. Godbout
                                                  Blake J. Godbout

## CERTIFICATE OF SERVICE

    I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on June 12, 2006.

                                                  /s/ Blake J. Godbout
                                                  Blake J. Godbout