**UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

------------------------------------------------------------x

BEVERLY A. GEORGE,

                Plaintiff,

v.                                            Civil Action No. 05 11079 (DPW)

AT&T CORP.,

                Defendant.

------------------------------------------------------------x

**PLAINTIFF'S MOTION TO PERMIT A SECOND SUPPLEMENTAL
FILING IN OPPOSITION TO DEFENDANT'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

    NOW COMES, the Plaintiff, Beverly A. George ("Plaintiff") and respectfully requests this Court allow her to file two (2) additional documents in Opposition to Defendant's Motion for Summary Judgment.

    As grounds therefore, Plaintiff states as follows:

    1. The parties appeared for a hearing on Defendant's Motion for Summary Judgment on June 7, 2006.

    2. As a result of various issues raised at argument, this Court granted Plaintiff until Friday June 9, 2006, to provide a Supplemental Response, including documentation, on various points of law raised at argument.

    3. On June 12, 2006, Plaintiff produced two (2) additional documents to counsel in support of her claims relative to the timing of Defendant's decision to downsize or close AT&T Fairhaven.

See Exhibit A, attached hereto.  The accuracy of each is hereby certified by counsel.  See Exhibit B, attached hereto.

4. The documents contain statements from AT&T, including Joan Cappuccio, as well as statements from the Communication Workers of America dated July 22, 2004, prior to Plaintiff's retirement date, relative to the timing of the decision to downsize or declare a "reduction" at AT&T Fairhaven.  See Exhibit A at p. 5 ¶3 and p. 6.  Therefore, they can be authenticated and admitted into evidence as either Party Admissions or through the testimony of Linda Teoli, President Local 1051.

5. The documents refute testimony given by both Eustace and Cappuccio during their deposition testimony that they did not know a downsizing announcement was coming.  It also lends further import to Eustace's testimony (Pltff's A. at 16-17) that she knew an announcement was coming.  Defendant argued that Plaintiff took this statement out of context in her arguments in Opposition to Defendant's Motion.  See Defendant's Reply Memorandum at note 6.

6. The documents further lend credence to the fact that either Cappuccio or Eustace knew who they could have contacted within AT&T Management who made the decision to confirm the truth or accuracy of the statements made to George while contemplating retirement.  See Section II, Plaintiff's Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment.

7. Finally, the documents support Plaintiff's request for a continuance or stay in this Court's decision until such time as Defendant produces documentation relative to the planning and decision to make force reductions at AT&T Fairhaven, as requested in Request No. 2 in Plaintiff's First Rule 34 Request for Documents.

8. Plaintiff submits that this Court should allow this Motion because Defendant AT&T has ample time to provide any response necessary to documents filed on today's date. Plaintiff's Response, filed on June 12, 2006, is three (3) business days from the date of the Summary Judgment hearing. This Court granted Defendant until June 19, 2006 to file any Opposition. Defendant will have more time, excluding the weekend, to prepare its Response than Plaintiff had to prepare her Supplement. Therefore, in the interests of justice, Plaintiff requests the relief sought herein.

WHEREFORE, the Plaintiff Beverly A. George respectfully moves this Court to allow her to file two (2) additional documents in Opposition to Defendant's Motion for Summary Judgment.

**BEVERLY A. GEORGE**,
By her attorneys,

/s/ Blake J. Godbout
Blake J. Godbout (BBO#196380)
**BLAKE J. GODBOUT & ASSOCIATES**
33 Broad Street, 11th Floor
Boston, MA 02109
(617) 523-6677

Dated: June 12, 2006

## LOCAL RULE 7.1 CERTIFICATE

I, Blake J. Godbout, counsel for plaintiff Beverly A. George, certify that I have spoken with Nathan L. Kaitz, Esq., Morgan, Brown & Joy, counsel for Defendant AT&T Corp., regarding the within Motion to Allow Second Supplemental filing. Attorney Kaitz stated that Defendant AT&T opposes this Motion and he will respond accordingly.

Dated:   June 12, 2006        /s/ Blake J. Godbout
                              Blake J. Godbout

## CERTIFICATE OF SERVICE

I, Blake J. Godbout, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on June 12, 2006.

/s/ Blake J. Godbout
Blake J. Godbout

Information Tapes

## Tuesday, May 30 at 12 Noon.

Today the Union and the Company are announcing a Stipulation they agreed to concerning the movement of approximately 7000 AT&T employees, currently paid weekly, to bi-weekly pay. The Company approached us because "SBC's" employees are all paid bi-weekly, thus having a separate payroll system only for those who came from AT&T was a large expense. The Union felt that it was necessary to both make sure there was some extra money to help people through the transition; and since the Company wanted this so strongly, use the opportunity to fix some other issues that remained after 2005 bargaining.

The change will not take place until January of 2007. That gives people enough time to financially prepare for the transition and take Alliance Financial Planning courses, if necessary, to help you manage this financial change.
· Every employee whose pay cycle is changing will get an additional $850 when the change is made.
· We also fixed some problems with the JOG process - in particular giving people more time to make up their minds on job offers and a right to take ECO if they don't want to take the job offered. This was a big problem in the recent surplus.
· Get some improvements for the Article 45 and 46 employees (those are certain LNS titles). Particularly we got them covered by ECO, which they were not, and we got them grandfathered for certain AT&T tests so they can more easily transfer.
· Make the 1 hour EWD part of the Contract without having to bargain it locally.
· Extend the old SBC Scholarship Program and Service Anniversary Program to AT&T Corp. employees.
· Extend a program to us that gives priority hiring between AT&T Inc. companies.

The full agreement can be accessed on our home page.

The bargaining team felt we got as much as we could for this transition and we did not think we could risk the Company imposing it if we reached impasse in bargaining over this issue.

While I think we did well in the negotiations over this it is frustrating that some of things we needed to fix needed fixing at all. They were things we believed we had when we finished bargaining in December. Things like the Service Anniversary program also should have been automatic. Either we're part of this new company or we're not. Unfortunately that was also part of the Company's argument for why we should be on the same pay schedule as the rest of AT&T.

## Monday, May 15 at 8:30 PM.

Contracts have been delivered to most of the Local by now. If you don't have yours by next week be sure to contact us so we can find out why you haven't received it. The company did not print up a separate book for Appendix 5, the wage tables. If you go to the Local web site at www.cwalocal1150.org, there are instructions on how to access it on the employee services web site. While I was looking for it, I found a form where managers can order the Contract book for $10 a piece, with a minimum order of 5 books. If they don't they have to look up the whole contract on the web. That's pretty pitiful. It's not like they have to print a new one every year. This is the first full contract book since 1998 and the next one won't be until 2009.

We've been hearing from retirees that head-hunters are out there looking to hire to be Avaya technicians. Avaya is in the middle of bargaining now and seems to be pushing for a strike, based on the massive give backs they're looking for to shift medical costs to our members. They are looking for scabs!! Remember, every time one group ends up paying more for medical it gives another boss more incentive to come after ours. Active, retirees, laid off, whatever. We do not scab. We stand together.

There was an article in the NY Times over the week-end about how Joe Nacchio from Qwest was the only one who did not give private phone records to the NSA. Fortunately, no one in the whole

article was convinced he did it for a good reason. One said he did it just because he likes to be contrary; another because he could use it for leverage in getting government contracts. The final interview, with the head of the Qwest retiree organization, said he hopes he rots in jail. We had his number when he was in AT&T and lied to the press blaming Union members for the Sept 1991 outage that took down New York Air Traffic Control and where he started the layoffs in Consumer Services. No one is fooled by this one seemingly brave act. As they say, even a broken clock gives the right time twice a day.

## Monday, May 01 at 6:15 PM.

Last Friday I attended the AT&T Shareholders Meeting in San Antonio. Some things were different than the last few AT&T Shareholders Meetings I attended. This is probably my 20th under 7 different CEOs. There were more people there. As usual the majority were retirees, including the President of the CWA Retired Members Club from District 6. The format was different -- people aren't allowed to make statements before the vote unless you are actually the maker of Shareholder Resolution . All statements and questions come after Whitacre's report on the state of the Company. There were no power points or fancy video presentations – that was a good thing. Whitacre is much more personable and responsive than Dave Dorman. He actually answers questions and tries to engage the questioner. Also, in his state of the company speech, he acknowledged the CWA and the relationship between the parties but said, of course, we don't agree on everything. That's an understatement.

I understand, that they are not used to Union people getting up to raise our issues at their Shareholders Meetings. When I stood up and said I was a technician in New York City, Whitacre stopped me to tell me how happy he was that I traveled so far to come to the meeting. When I finished he said, maybe he wasn't so happy I had come and I said he should get used to it. He remarked that my comments were an example of his point that we don't agree on everything. A copy of my speech is on the Local web site. I spoke to the fact that they have not shown themselves to be very different from the old AT&T, with continued layoffs, office closings, contract violations, and managers and contractors doing our work. I also pointed out what a mistake it would be to keep abandoning NYC. He responded that it was not their intention to leave NYC. We'll see. CWA Ralph Maly spoke, mainly addressing the fact that they have not lived up to any of the new job security language that we just negotiated. Both statements are on the C&T site, www.cwa-comtech.org.

Lastly, our new members in Middletown have ratified Article 46 which we just negotiated. There were some important breakthroughs for these workers that improved upon language for other LNS workers. The most important is that they have a fixed wage progression; instead of just appraisal-based pay, and that resulted in substantial increases for most of the group. We hope to be able to get this for other LNS workers in the future and will try to bring more of them into Local 1150. They are picking a Steward now and we welcome them to the Local.

## April 20 at 5:00 PM.

The new 2005 Contracts have been printed up and they are being delivered to the Local by next week. The membership cards have also arrived from Washington. In some cases they will be mailed together and in some they will be delivered to you at work. One way or another, we hope to have them all distributed with the next two or three weeks.

Next Friday I will be attending the Shareholders Meeting in San Antonio. I have attended Shareholders meetings chaired by CEO's Charlie Brown and Bob Allen, almost CEO John Walter, CEO Bob Allen again, Michael Armstrong, Dave Dorman and now Ed Whitacre. Every time I begin to get discouraged I just remind myself that we have outlasted all of them, plus Eslombolchi, Nacchio and Ianna. This week I was at a meeting at Bedminister and I was pleased to see that they took down sign designating the road in front of the headquarters, "FRANK IANNA WAY." I'd love to hang that scrap metal in the Local office. At the shareholders meeting we will be expressing our disappointment in the new AT&T. Just like the old one they continue to close offices, lay people off and violate the Contract. So much for their promise that this is the first merger in history that will benefit everyone.

For the last two days I have been in Beminister bargaining for our new 1150 members that we recently organized under the new Card Check agreement. Hopefully they will be the first of many. While I can't go into details of the tentative agreement until I review it with them, we made some significant gains for them and I think it is a real step forward.

Finally, although I am very sorry to say we are losing a member to job claiming, I am glad to report that, through the new job offer guarantee we just bargained, he has been offered and will get another job. Prior to this contract, there is no question in my mind that he would have been laid off.

## April 6 at 7:30 PM

A long time ago I worked in a factory with "piece work" pay. In those places they figure out how many things you can do or make in an hour and set the piece rate according to that. The result is that everyone works faster and faster to try to make more money. Then what happens is the next month, the bosses figure out that the new, faster rate is what everyone should be doing. They fire the people who can't make the rate and lower the piece rate for everyone else, so people work even faster to make the same money. It's a vicious cycle.

In some offices around the country a similar thing is taking place. Management is doing monthly evaluations on how many comments people put in tickets, or how many touches per ticket they do a day. Then they look at the office averages. Then they tell the people at the low end they are in trouble. They try to do more and what happens? The office average goes up and a higher average is arrived at and the whole thing speeds up and then there is a new higher number that is unsatisfactory. It's just electronic piece work and we should all be aware of it and not let them set us against each other.

These monthly evaluations are not used for training. They are used for intimidation. They are new to technicians but Performance Improvement Plans have been used in Call Centers and Sales Offices for years. If you feel that a meeting with management to discuss and document your performance could, in the future, be used for discipline, you have a legal right to ask for Union representation. Exercise that right. We all want to a good job but let's not get sucked into their game.

## Wednesday March 15, 2006

I hope to see a good number of our New Jersey members at the membership meeting tonight. It is at 5:30 at the Howard Johnson Motel in New Brunswick. Directions are on the Local website. There will be Pizza starting at 5:00.

Last week I testified at the NLRB on a charge the CWA National signed on the way the company bargained in bad faith around several of the provisions in the job security letter in the new 2005 Contract. As usual with an NLRB case, the answer will not be given over night and I am hoping that we will be able to work out implementation of the language before that. As both a Local President who wants to see jobs filled by full-time regular employees and as one of the bargainers who worked on this language I am completely frustrated with what is going on with this. The company was told over and over during bargaining that there would be no agreement unless these issues were addressed. The language is clear. It is outrageous that they are not implementing it.

We have some good news. The Local has organized a group of 12 non-Union employees in LNS in Middletown NJ. This is one section of the new agreement that the company did follow to the letter. The agreement says that if 50% plus 1 sign authorization cards the Union will be recognized as their bargaining agent. It also said the company will be neutral and not speak for or against the Union. Under these conditions 100% of this group signed cards.

A Communications Technician job ad will be opening in the GE NMC in Dayton. If any of you know or can reach anyone who might be interested please let them know.

I mentioned on a previous tape that AT&T is closing a call center in Fairhaven Massachusetts. In a

letter signed by Senators Ed ward Kennedy and John Kerry, they condemn the closing, condemn the use of overseas workers for this work and ask Ed Whitacre to reconsider their decision to close the office. When people ask why it is important for CWA to support particular politicians and for people to contribute to COPE, letters like this is one of the reasons.

## March 02 at 2:30

This week you should have received two checks. Your normal paychecks will show slightly more Union dues since it includes dues from the retroactive pay increase you got last week. You will also receive a second check for the last part of the AT&T Performance award. The one you first received only covered the period up to the change in ownership to SBC. The Union insisted during bargaining that the APA was supposed to cover the full year and that the change in ownership had nothing to do with the Contractual obligation. That's why you got a second check to cover the weeks until the end of the year. Some people said it was too small compared to what regular got. You also have to add in what they pay every month for their health care, all the other benefits they have lost over the last couple of years, the nights and week-ends they work with no overtime pay and the fact that they can be, and have been, fired with no recourse to a grievance procedure.

As one of the members of the bargaining team who really felt that we had made important advances in job security during this bargaining, to say I'm pissed off is an understatement. We went into this bargaining saying that we would not settle without some protection against the continued contracting out of our work. We worked many nights to get the job security language we bargained and though it didn't meet all our needs, we felt we had made some real advances. Part of what we did right was that clear timelines for implementation were included in the agreement. Hear it is, the beginning of March and deadline after deadline has been passed. Clear commitments on providing information and bringing in new jobs have been violated. We can't know if the roadblocks are the old AT&T managers or the new AT&T bosses but it doesn't matter. The only thing that matters is that we have been lied to, stalled, and frustrated in every attempt to get this Contract implemented.

We will be talking about that and more at our General Membership Meeting on Wednesday, March 15 at the Howard Johnson at the intersection of Route 1 North and Route 18 in New Brunswick. It had been quite a while since we have had a meeting in New Jersey. Members requested we hold one there so here it is. There will be Pizza served at 5:00 and the meeting will begin at 5:30.

## Tuesday, Feb. 21, 2006 at 11:30 AM.

A surplus was announced today.

There were **no** surpluses declared of anyone in this Local. Also, no one in the FAR in any of our titles were declared so no one is currently vulnerable to job claiming either. The bad news is that 581 people were declared surplus nationwide. The biggest hits were in the Consumer Organization – 196 Customer Reps in Pittsburgh, 167 Account Reps in Fairhaven, Mass, 49 Cost. Sales and Services Specialist in Mesa, AZ. These are the first victims of the merger with SBC.

For those of you whose biggest concern was that the new AT&T would not offer VTP anymore, they did. However none were offered in any title or GCA represented by this Local. One bright spot is that none were offered anywhere in the country in the Network. Maybe someone is finally realizing that there has to be a stop to the endless downsizing there. On the other hand to say that the company is dragging its feet on living up to the new contract provisions on backfilling full time Contractors with full time workers and reviewing the EF&I process is an understatement. If the company really has as little information about the amount of hours contractors are working as they say they do, some more people ought to be fired. Work is being done, contractors are getting paid, and no one can figure out how to compile the information? There is no good reason – it is either criminal incompetence or a conscious plan to circumvent what was just bargained.

One interesting thing we learned at the CWA Leadership Conference is that one way the old SBC avoided layoffs is that it uses discipline as a way of getting rid of people. Local officers from other companies bought by SBC said that firing for absence and lateness became much more common

after SBC took over. It's something we'll have to watch in the future.

## Friday February 10.

First of all, the pay raise and retroactive wages will be paid to employees in their paycheck on February 17, 2006. Union dues from the retroactive amount will be deducted from your checks on March 3, 2006. Also on March 3, you will be receiving Part Two of the APA Bonus. It will be $167.00 before taxes and other withholding. This amount will cover the time frame from November 19, 2005 through December 31, 2005.

I know many of you have heard about the Network managers on Long Island that were fired for having employees do work on their homes on company time. 3 of our members also received suspensions for following those managers' directives and in doing so, allegedly violating the code of conduct. The infuriating thing about this is that this all happened when these people were employed by LNS and before they were represented by the CWA. I don't know about you, but I think one reason it pays to belong to a Union is that you are in a much better position to say no to a boss or report him if he asks you to do something you may not think is right. What happens when you do that and you have no protection? Who will defend you if you are fired or harassed when you say no? It's not right that these members were disciplined under these circumstances but it should be a lesson to us all. There are corrupt managers out there. Right now they are all nervous and out for themselves. Just like they say on the subways, "If you see something, say something." If someone tells you to do something you don't think is right, call us right way. When AT&T new leadership comes in with their very wide broom, we've got to make sure our people don't get caught in it.

Finally, the union has been notified of the new surplus windows – February 21, June 13 and October 3 – three this year. As before, these are just the announcement dates. We have not been notified which titles or GCAs will be announced.

## Feb. 1

Next week Local Presidents from around the country are meeting for the CWA C&T Leadership Conference. Now that the contract has been ratified we need to figure out how to implement and enforce the new language in the Contract. Too often we bargains things that look good on paper but when it comes to living up to them, the company finds ways to avoid or postpone their responsibilities. It is up to us to keep their feet to the fire and, if necessary, push the CWA National office to make sure we get what we bargained.

The first test is the new language calling for contractors who have been working full time jobs in the Network Services to be replaced by regular full time employees. The first meeting to discuss that was supposed to have taken place on Monday, January 30. It has now been scheduled for later this week. That is not a good start.

Some offices have had trouble getting Local management to discuss the ½ day vacation and the 1 hour EW Days. That is not a good start.

The Christmas Eve half day, the denial of equal service anniversary gifts with SBC, the 2 week suspension of a Local President in Minneapolis, while not connected to the new contract – these are not good starts either.

pl

Thank you for calling Local 1051's information tape, this is Thursday, July 22nd, President Teoli speaking

The election committee has counted the ballots today for the Executive Vice President election. 267 ballots were returned, out of which 6 were void, which leaves the total number counted at 261. The results are as follows:

Julie Ann Marks    108
Robert Young       59
Jason Carvalho     32
Fran Maher         27
Gary Almeida       19
John Barkley       16

There's a 10 day certification period, then the ballots will go out for a runoff election for the top two candidates, which are Julie Marks and Robert Young. I want to thank all candidates for running as well as all members for voting.

There was a major announcement from AT&T today, stating that the company will no longer sell to new AT&T Residential customers. Dave Dorman, head of AT&T stated that the company will continue to service existing residential and business customers, but we won't be going after new residential customers. He also stated that there will be a forced reduction. CWA has not heard yet what this means for the Fairhaven site. Joan Cappucio has stated it is Business as Usual. The positive part of this is that AT&T has numerous external centers that they could eliminate before they go to internal sites. As we get more information we will keep you updated.

On the tech side of the house, DVP's Don O'Brien and Fran Maher have visited almost all of the AT&T LNS locations and everyone visited has signed membership cards. We know there are questions concerning GCA's and Locations, and this is being worked at a national level. Once this office has received the information we will pass it out to all tech's. Please be patient as this is being done across the country at a national level.

If anyone has any questions please feel free to contact the local.

UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

BEVERLY A. GEORGE,

                    Plaintiff,

    v.                                                Civil Action No. 05 11079 (DPW)

AT&T CORP.,

                    Defendant.

-----------------------------------------------------------x

**AFFIDAVIT OF COUNSEL VERIFYING EXHIBITS**

The undersigned is an attorney for the Plaintiff Beverly A. George ("Plaintiff"), and makes the following affidavit to verify the documents and exhibits filed in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment:

1. The first document consists of five (5) pages and is a true and accurate copy of the transcript from tapes of CWA Local 1150.

2. The second document consists is a true and accurate copy of a one (1) page transcript of a taped conversation with Linda Teoli, President, CWA Local 1051.

      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2ᵗʰ DAY OF JUNE, 2006.

                                                                _____
                                                                 DAVID A. CONTI, ESQ.