UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

BEVERLY A. GEORGE,

                Plaintiff,

    v.                                                  Civil Action No. 05-11079-DPW

AT&T CORP.,

                Defendant.

---------------------------------------------------------------x

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO PERMIT A SECOND SUPPLEMENTAL FILING**

NOW COMES AT&T Corp (the "defendant") and hereby opposes Plaintiff's Motion to Permit a Second Supplemental Filing in Opposition to Defendant's Motion for Summary Judgment. In support of its opposition, defendant avers as follows:

1.    Defendant respectfully submits that the Court permitted plaintiff to submit a supplemental filing only as to two (2) documents presented by plaintiff to her counsel at oral argument in this matter. Plaintiff should not be permitted to expand on this limited opportunity to introduce a broad array of additional documents beyond those identified at the June 7 hearing.

2.    The documents offered by plaintiff accompanying her Motion to Permit a Second Supplemental Filing are inadmissible hearsay. *Garside v. Osco Drug, Inc.*, 895 F.2d 46, 50 (1st Cir. 1990). As *Garside* makes clear, documents which would be inadmissible at trial are similarly inadmissible at this stage of the proceeding.

3.    The first document purports to be five (5) pages of transcribed tapes of

CWA Local 1150.[1]  The speaker or speakers on those tapes are not identified nor is there any indication of how the speaker(s) has personal knowledge of the subject matter that he/she addresses.  Further, the speakers apparently addresses events in 2006, including noting an announcement of February 21, 2006, that 167 Account Reps in Fairhaven were declared surplus.  However, events that took place in 2006 are irrelevant to the claims at issue in this case.  Further, plaintiff can not offer an alleged transcript of a CWA Local 1150 tape as evidence of some February 21, 2006 announcement by defendant (or of later events, such as those recorded under March 15, 2006).

    4.  The second document purports to be a transcript of a taped conversation with the President of Local 1051, Linda Teoli.  Plaintiff can not offer a transcript of a taped conversation with a union official to prove the contents of an announcement allegedly made by an agent of defendant.  Plaintiff can not offer this transcript in an effort to allegedly refute the testimony of Ms. Cappuccio and Ms. Eustace concerning when they were informed of the decision to reduce the Fairhaven workforce announced on September 13, 2004.  Finally, and while the document states that there would be workforce reductions, no where in the document does it state or suggest that those reductions would take place in Fairhaven.

---

[1] What is CWA, Local 1150?  Where are they located?  Which employees of defendant do they purport to represent?  Plaintiff makes no effort to identify this information.

WHEREFORE, defendant respectfully submits that Plaintiff's Motion to Permit a Second Supplemental Filing in Opposition to Defendant's Motion for Summary Judgment should be denied.

Dated: June 15, 2005                                  AT&T Corp.,

                                                      By its Attorneys,


                                                      ____/s/ Nathan L. Kaitz_____
                                                      Nathan L. Kaitz (BBO#256760)
                                                      Morgan, Brown & Joy, LLP
                                                      200 State Street, 11th Floor
                                                      Boston, MA 02109
                                                      (617) 523-6666

### Certificate of Service

I hereby certify that a copy this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including counsel for plaintiff, Blake J. Godbout & Associates, 33 Broad Street, 11th Floor, Boston MA 02109 and paper copies will be sent to those indicated as non-registered participants on 15th day of June, 2006.


                                                      _____/s/ Nathan L. Kaitz_____
                                                      Nathan L. Kaitz