UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BEVERLY A. GEORGE,
    Plaintiff,

    v.                             CIVIL ACTION
                                   NO.05-11079-DPW

A T & T CORPORATION
    Defendant.

## **JUDGMENT**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order dated June 23, 2006, granting the Defendant's Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

    **Judgment for the Defendant against the Plaintiff.**


                                               BY THE COURT,

                                               /s/ Michelle Rynne
                                               Deputy Clerk

 DATED: June 30, 2006