UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUL -6  A 10: 25

DISTRICT COURT
DISTRICT OF MASS.

_Beverly A. George_

v.                                   CASE NO. _05-11079-DPW_

_AT&T Corp._


### NOTICE OF APPEAL

Notice is hereby given that _Beverly A. George_ above named, hereby appeals from the _U.S. District Court District of MA_ entered in the above entitled action on _June 23, 2006_ _Memorandum and order_


By the Court

_7/6/06_
/Date

_Beverly A. George_
Party

(Notice of Appeal.wpd - 12/98)                    [app., kdapp., kgapp., kcustapp.]