Beverly A. George
7 Willow Street Foxboro
Foxboro, MA  02035
(508) 543-7881

FILED
OFFICE

2006 JUL 25  P 2: 05

U.S. DISTRICT COURT
DISTRICT OF MASS

July 23, 2006


United States Court of Appeals
For The First Circuit
John Joseph Moakley
U.S. Courthouse
Attention of: Case Manager, Myra
1 Courthouse Way
Boston, Massachusetts  02210

**RE:  BEVERLY A. GEORGE v. AT&T Corp.**
**U.S. District Court, CIVIL ACTION NO. 05-11079-DPW**
**U.S. Court of Appeals For The First Circuit, APPEALS COURT NO. 062082**
**Blake J. Godbout & Associates promise to withdraw their appearance**

Dear Case Manager, Myra,

On July 12, 2006 (and before) Blake J. Godbout & Associates left phone message and Mailing stating that their "office will not be prosecuting… appeal." Consequently, the appeal is of my own doing without any help from Blake J. Godbout & Associates. As of July 18, 2006, The U.S. District Court docket clerk, Mr. Nici, did not notice any Notice of Withdrawal of Appearance from Blake J. Godbout & Associates. Therefore, would you please send all court correspondence to my home address: Beverly A. George, 7 Willow Street, Foxboro, MA  02035. If correspondence is sent to Blake J. Godbout & Associates, I sense I will not receive copies.

It's my understanding, as of July 20, 2006, the case is now in U.S. Court of Appeals. Please find enclosed my copies of electronic NOTICE OF APPEAL; hardcopy of NOTICE OF APPEAL; CERTIFICATE OF SERVICE of hardcopy of NOTICE OF APPEAL; United States Court of Appeals For The First Circuit Transcript Order Form (two copies); Blake J. Godbout & Associates July 12, 2006 letter; and Ms. Pamela Owens, Judge Woodlock's court reporter, July 13, 2006 sent letter. You should already have the above information with the exception of Blake J. Godbout & Associates July 12, 2006 letter. I apologize to the court for my notes on my copies. I'm sending the additional copies to make sure all copies are together.

I'm looking forward to working with you, and any help you can give me will be much appreciated.

Sincerely,

*Beverly A. George*

Beverly A. George

Enclosure: Electronic Notice of Appeal, Hardcopy of Notice of Appeal, Certificate of Service of hardcopy of Notice of Appeal, Transcript Order form (two copies), Blake J. Godbout & Associates July 12, 2006 letter, and letter sent to Pamela Owens.
Cc: U.S. District Court

Note: Also enclosed is Certificate of Service of U.S. Court of Appeals for The First Circuit Transcript Report/Transcript Order to Nathan L. Kaitz, esquire - dated July 24, 2006. B.A.

B.A.

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@madei.mad.uscourts.gov
Bcc:Jeanette_Ramos@mad.uscourts.gov,transcriptnotices@mad.uscourts.gov,anna_pletcher@
Message-Id:<1491490@mad.uscourts.gov>
Subject:Activity in Case 1:05-cv-11079-DPW George v. AT & T Corporation "Notice of Ap
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Nici, Richard entered on 7/7/2006 at 10:20 AM EDT and filed on 7/6/2006

**Case Name:**    George v. AT & T Corporation
**Case Number:**  1:05-cv-11079
**Filer:**        Beverly A George
**WARNING: CASE CLOSED on 06/30/2006**
**Document Number:** 28

**Docket Text:**
NOTICE OF APPEAL by Beverly A George. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/26/2006. (Nici, Richard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=7/7/2006] [FileNumber=1491488-0]
[89e5bfeb54f0ccfe6a87c120a8f51ddab16b3dfdd709df75c0abfe043db24050110d
fe9b2dd43e975a46f8c97e4df54ec1e4987d544be48df791223efb28431d]]

**1:05-cv-11079 Notice will be electronically mailed to:**

Blake J. Godbout    blake@bjgalaw.com

Nathan L. Kaitz    nkaitz@morganbrown.com

Leah Miriam Moore    lemoore@seyfarth.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 JUL -6 A 10: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Beverly A. George

v.

AT&T Corp.

CASE NO. 05-11079-DPW

### NOTICE OF APPEAL

Notice is hereby given that _Beverly A. George_ above named, hereby appeals from the _U.S. District Court District of MA_ entered in the above entitled action on _June 23, 2006_ _Memorandum and Order_

7/6/06
Date

By the Court

Beverly A. George

(Notice of Appeal.wpd - 12/98)

[app., kdapp., kgapp., kcustapp.]

# CERTIFICATE OF SERVICE

I, *Beverly A. George*, hereby certify that on *July 14, 2006*, I
  [name]                                              [date]

served copies of *Notice of Appeal*
                  [name of document]

on the following parties by way of *U.S. mail*                          :
                                    [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

Morgan, Brown & Joy, LLP
Nathan L. Kaitz, Esquire
200 State Street
Boston, MA 02109-2605

*July 14, 2006*                          *Beverly A. George*
Date                                     Signature

U.S. Court of Appeals for the First Circuit                    (Rev 10/03)

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT *do not clerk stamp*
*same as notice of appeal*

Case name: *Beverly A. George v. AT&T Corp.*
District Court Case No. *05-11079-DPW*   District of *MA*
Date Notice of Appeal filed *7/6/06*   Court of Appeals Case No. _____
Form filed on behalf of *Beverly A. George*

## TRANSCRIPT REPORT

JUL - 6 2006

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) *See all transcript reports*

## TRANSCRIPT ORDER

*as of 7/21/06 Appeals court A.C. 06208*

Name of Court Reporter *Pamela Owens*
Phone Number of Reporter *617-443-0008*

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) ✓ _____ | *Motion hearing transcript heard June 7, 2006* |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

*case manager clerk well off files of 7/11/06 Financial arrangement made w. Pamela Owens*

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name *Beverly A. George*   Filer's Signature *Beverly A. George*
Firm/Address *7 Willow Street Foxboro, MA 02035*
Telephone number *(508) 543-7881*   Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)   SEE INSTRUCTIONS ON REVERSE

*U.S District Court Clerk made additional copy*

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT — Appellate
NOTE: Clerk Stamped same day as Notice of Appeal

Case name: _Beverly A. George v. AT&T Corp._
District Court Case No. _05-11079 DPW_  District of _MA_
Date Notice of Appeal filed _7/6/06_  Court of Appeals Case No. _____
Form filed on behalf of _Beverly A. George_

## TRANSCRIPT REPORT

JUL – 6 2006

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _Send all transcript reports_

## TRANSCRIPT ORDER

as of 7/21/06
Appeal No. 06-2082

Name of Court Reporter _Pamela Owens_
Phone Number of Reporter _617-443-0008_

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

PROCEEDING(S)                                  HEARING DATE(S)

☐ Jury Voir dire
☐ Opening Statement (plaintiff)
☐ Opening Statement (defendant)
☐ Trial
☐ Closing Argument (plaintiff)
☐ Closing Argument (defendant)
☐ Findings of Fact/Conclusions of Law
☐ Jury Instructions
☐ Change of Plea
☐ Sentencing
☐ Bail hearing
☐ Pretrial proceedings (specify) _____
☐ Testimony (specify) _____
☐ Other (specify) ✓  _Motion hearing transcript Reardon_
                      _June 7, 2006_

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☑ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _Beverly A. George_  Filer's Signature _Beverly A. George_
Firm/Address _7 Willow Street Foxboro, MA 02035_
Telephone number _(508) 543-7881_  Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)                         SEE INSTRUCTIONS ON REVERSE

U.S District Court Clerk made additional copy...

_[margin notes: case manager clerk well below files of 7/11/06 Financial arrangement made w/ Pamela Owens]_

# CERTIFICATE OF SERVICE

I, _Beverly A. George_ , hereby certify that on _July 24, 2006_ , I
    [name]                                           [date]

served copies of _U.S. Court of Appeals for the First Circuit transcript report /_
                 [name of document]                                           _transcript order_

on the following parties by way of _U.S. mail_ : _form_
                                    [U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

*  Morgan, Brown & Joy, LLP
   Nathan L. Kaitz, Esquire
   200 State Street
   Boston, MA 02109-2605


_July 24, 2006_                           _Beverly A. George_
Date                                       Signature


U.S. Court of Appeals for the First Circuit                              (Rev 10/03)

## BLAKE J. GODBOUT & ASSOCIATES
### ATTORNEYS-AT-LAW

33 BROAD STREET - 11ᵀᴴ FLOOR
BOSTON, MASSACHUSETTS 02109

BLAKE J. GODBOUT

JAMES L. KIMBALL
DAVID A. CONTI

TELEPHONE: (617) 523-6677
FACSIMILE: (617) 227-3709

July 12, 2006

Beverly George
7 Willow Street
Foxboro, MA 02035

RE: **Beverly George v. AT&T**
U.S. District Court, Civil Action No. 05-11079(DPW)

Dear Bev:

Please allow this letter to confirm the telephone message left for you earlier today.

This office is in receipt of the Notice of Appeal filed on your behalf. As previously advised, this office will <u>not</u> be prosecuting your appeal.

There remains a balance in this firm's operating account for the expense retainer maintained throughout this litigation. We will be preparing a final accounting and reimbursing this money to you in the near future under separate cover.

I want to thank you for allowing this firm to be of legal service to you. If you have any questions or comments, please feel free to contact this office.

Very truly yours,

Blake J. Godbout

cc: Steven J. Topazio, Esq.
By Fax (617) 227-2673

Beverly A. George
7 Willow Street
Foxboro, MA   02035
(508) 543-7881


July 13, 2006



United States District Court
Court Reporter for Judge Woodlock, Pamela Owens
John Joseph Moakley Courthouse
1 Courthouse way, suite 2300
Boston, MA   02210

RE:  U.S. Court of Appeals for the First Circuit Transcript Report/Order Form

Dear Ms. Pamela Owens,

I would like to thank you, Ms. Owens, for your July 11, 2006 phone message where you instructed me to, "Go ahead and check the block that you have made arrangements with the court reporter to pay for the transcript that just certifies that you are in fact are going to pay for the transcript when completed and ready.  And I'll submit an invoice and call you when it's ready.  And at that point, you can come in and bring me a check and pick up your transcript.  So just tell them you have already made arrangements and go ahead and file the Appeal."

Since the Appeal's clerk already made copies on July 6, 2006, I called the Appeal's clerk and she said she would check part B for me.  As an overlap, I am sending you a copy of my copy that I have check part B as well and check off Private funds indicating that I will pay you.

Thank you,


Beverly A. George
Cc U.S. District Court and
U.S. Court of Appeals