# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11079

Beverly A. George

v.

A T & T Corporation

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-28

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/6/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __7/24/06__.

__MP__
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: __06-2082__

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11079-DPW

George v. AT & T Corporation  
Assigned to: Judge Douglas P. Woodlock  
Demand: $83,000  
Cause: 28:1441 Petition for Removal-Labor/Mgmnt. Relatio

Date Filed: 05/24/2005  
Jury Demand: Defendant  
Nature of Suit: 720 Labor: Labor/Mgt. Relations  
Jurisdiction: Federal Question

**Plaintiff**

**Beverly A George**  represented by  **Beverly A George**  
7 Willow St  
Foxboro, Ma 02035  
PRO SE

**Blake J. Godbout**  
Blake J. Godbout & Associates  
33 Broad Street  
11th Floor  
Boston, MA 02109  
617-523-6677  
Fax: 617-227-3709  
Email: blake@bjgalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT & T Corporation**  represented by  **Leah Miriam Moore**  
Morgan, Brown & Joy, LLP  
200 State Street  
11th Floor  
Boston, MA 02109  
617-946-4990  
Fax: 617-946-4801  
Email: lemoore@seyfarth.com  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Nathan L. Kaitz**
Morgan, Brown & Joy, LLP
200 State Street
11th Floor
Boston, MA 02109
617-788-5014
Fax: 617-367-3125
Email: nkaitz@morganbrown.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2005 | 1 | NOTICE OF REMOVAL by AT & T Corporation from Norfolk Superior Court, case number 05-00715. $ 250, receipt number 64472, filed by AT & T Corporation. (Attachments: # 1 Exhibit a# 2 Exhibit b# 3 Exhibit c# 4 Cover Sheet)(Nici, Richard) (Entered: 05/25/2005) |
| 05/24/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by AT & T Corporation. (Nici, Richard) (Entered: 05/25/2005) |
| 05/24/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Nici, Richard) (Entered: 05/25/2005) |
| 05/25/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered. ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her |

| | | |
|---|---|---|
| | | responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately.(Nici, Richard) (Entered: 05/25/2005) |
| 05/31/2005 | 3 | ANSWER to Complaint by AT & T Corporation.(Kaitz, Nathan) Additional attachment(s) added on 6/1/2005 (Nici, Richard). (Entered: 05/31/2005) |
| 05/31/2005 | 4 | NOTICE of Scheduling Conference: Scheduling Conference set for 8/4/2005 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/31/2005) |
| 06/01/2005 | ● | Notice of correction to docket made by Court staff. Correction: the answer corrected because: replaced an unsigned document for a signed document (Nici, Richard) (Entered: 06/01/2005) |
| 06/06/2005 | 5 | STATE COURT Record. (Attachments: # 1 Part 2)(Nici, Richard) (Entered: 06/07/2005) |
| 07/27/2005 | 6 | Proposed Document(s) submitted by Beverly A George, AT & T Corporation. Document received: Parties' Proposed Pre-Trial Schedule. (Godbout, Blake) (Entered: 07/27/2005) |
| 07/27/2005 | 7 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Beverly A George.(Godbout, Blake) (Entered: 07/27/2005) |
| 07/29/2005 | 8 | CERTIFICATE OF CONSULTATION by Nathan L. Kaitz on behalf of AT & T Corporation. (Nici, Richard) (Entered: 08/01/2005) |
| 08/04/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock : Scheduling Conference held on 8/4/2005. Schedule set: all discovery by 12/16/05; dispositive motions by 1/20/06; plaintiffs deposition shall be completed by 9/23/05; Parties shall notify the court if referral to ADR is desired. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 08/04/2005) |
| 08/17/2005 | 9 | NOTICE by Beverly A George *of filing of Plaintiff's Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26(a)(1)* (Godbout, Blake) (Entered: 08/17/2005) |
| 10/10/2005 | 10 | Judge Douglas P. Woodlock : ORDER entered. SCHEDULING ORDER: Further Scheduling/Status Conference set for 2/23/2006 02:30 PM in Courtroom 1 before |

| | | |
|---|---|---|
| | | Judge Douglas P. Woodlock. Discovery due by 12/16/2005. Motions due by 1/20/2006. Status report due 2/16, 2006. (Rynne, Michelle) (Entered: 10/10/2005) |
| 11/28/2005 | 11 | Assented to MOTION to Modify Schedule by Beverly A George.(Godbout, Blake) (Entered: 11/28/2005) |
| 12/02/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 11 Motion for Modification of scheduling order. Discovery by 1/30/06, dispositive motions by 3/3/06, Further Scheduling/status conference reset for 4/13/06 at 2:30 p.m., status report due 4/6/06. (Rynne, Michelle) (Entered: 12/02/2005) |
| 12/02/2005 | | Set/Reset Scheduling Order Deadlines: Status Conference set for 4/13/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. Discovery to be completed by 1/30/2006. Motions due by 3/3/2006. Status report due 4/6/06. (Rynne, Michelle) (Entered: 12/02/2005) |
| 03/03/2006 | 12 | MOTION for Summary Judgment by AT & T Corporation. (Kaitz, Nathan) (Entered: 03/03/2006) |
| 03/03/2006 | 13 | MEMORANDUM in Support re 12 MOTION for Summary Judgment filed by AT & T Corporation. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6)(Kaitz, Nathan) (Entered: 03/03/2006) |
| 03/16/2006 | 14 | Assented to MOTION for Extension of Time to 3/27/06 to File Response/Reply *to Defendant's Motion for Summary Judgment* by Beverly A George.(Godbout, Blake) (Entered: 03/16/2006) |
| 03/17/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 14 Motion for Extension of Time to File Response/Reply re 12 MOTION for Summary Judgment. Responses due by 3/27/2006 (Rynne, Michelle) (Entered: 03/17/2006) |
| 03/27/2006 | 15 | Assented to MOTION for Extension of Time to March 28, 2006 to File Response/Reply *To Defendant's Motion for Summary Judgment* by Beverly A George.(Godbout, Blake) (Entered: 03/27/2006) |
| 03/28/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 15 Motion for Extension of Time to File Response/Reply re 12 MOTION for Summary Judgment. Responses due by 3/28/2006 (Rynne, Michelle) (Entered: 03/28/2006) |

| | | |
|---|---|---|
| 03/28/2006 | 16 | Opposition re 12 MOTION for Summary Judgment *of Defendant AT&T Corp.* filed by Beverly A George. (Godbout, Blake) (Entered: 03/28/2006) |
| 03/28/2006 | 17 | Opposition re 12 MOTION for Summary Judgment *Plaintiff's Response to Defendant's Statement of Undisputed Material Facts* filed by Beverly A George. (Attachments: # 1 Appendix pages 1-8# 2 Appendix pages 9-30# 3 Appendix pages 31-48# 4 Appendix pages 49-81)(Godbout, Blake) (Entered: 03/28/2006) |
| 04/04/2006 | 18 | MOTION for Leave to File by AT & T Corporation. (Attachments: # 1)(Kaitz, Nathan) (Entered: 04/04/2006) |
| 04/06/2006 | 19 | STATUS REPORT *Joint Status Report* by Beverly A George. (Godbout, Blake) (Entered: 04/06/2006) |
| 04/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Status Conference held on 4/13/2006. Motion Hearing re 12 MOTION for Summary Judgment set for 6/28/2006 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/13/2006) |
| 04/14/2006 | | NOTICE of RESCHEDULING Hearing on 12 MOTION for Summary Judgment: Motion Hearing set for 6/27/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/14/2006) |
| 04/18/2006 | | NOTICE of RESCHEDULING Hearing on 12 MOTION for Summary Judgment: Motion Hearing reset for 6/7/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/18/2006) |
| 04/18/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 18 Motion for Leave to File reply. Counsel using the Electronic Case Filing system should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. (Rynne, Michelle) (Entered: 04/18/2006) |
| 04/18/2006 | 20 | REPLY to Response to Motion re 12 MOTION for Summary Judgment filed by AT & T Corporation. (Kaitz, Nathan) (Entered: 04/18/2006) |
| 06/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock : Motion Hearing held on 6/8/2006 re 12 |

|  |  |  |
|---|---|---|
|  |  | MOTION for Summary Judgment filed by AT & T Corporation. Plaintiff may file supplemental filings by 6/9/06. Defendant may respond by 6/16/06. Motion taken under advisement. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/08/2006) |
| 06/12/2006 | 21 | Assented to MOTION for Extension of Time to June 12, 2006 to File Response/Reply *Providing Supplemental Response to Defendant's Motion for Summary Judgment* by Beverly A George.(Godbout, Blake) (Entered: 06/12/2006) |
| 06/12/2006 | 22 | Supplemental MEMORANDUM in Opposition re 12 MOTION for Summary Judgment *of Defendant AT&T Corp.* filed by Beverly A George. (Attachments: # 1 Appendix Supplemental# 2 Affidavit Verification of Exhibits)(Godbout, Blake) (Entered: 06/12/2006) |
| 06/12/2006 | 23 | MOTION for Leave to File *a Second Supplemental Filing in Opposition to Defendant's Motion for Summary Judgment* by Beverly A George. (Attachments: # 1 Supplement Exhibit A# 2 Affidavit Exhibit B - Counsel's Verification)(Godbout, Blake) (Entered: 06/12/2006) |
| 06/15/2006 | 24 | Response by AT & T Corporation to 22 Memorandum in Opposition to Motion. (Kaitz, Nathan) (Entered: 06/15/2006) |
| 06/15/2006 | 25 | Opposition re 23 MOTION for Leave to File *a Second Supplemental Filing in Opposition to Defendant's Motion for Summary Judgment* filed by AT & T Corporation. (Kaitz, Nathan) (Entered: 06/15/2006) |
| 06/23/2006 | 26 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 12 Motion for Summary Judgment, after granting 21 Motion for Extension of Time to File Response/Reply and granting 23 Motion for Leave to File. (Woodlock, Douglas) (Entered: 06/23/2006) |
| 06/30/2006 | 27 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT in favor of Defendant against Plaintiff.(Rynne, Michelle) (Entered: 06/30/2006) |
| 07/06/2006 | 28 | NOTICE OF APPEAL by Beverly A George. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. |

|  |  |  |
|---|---|---|
|  |  | Appeal Record due by 7/26/2006. (Nici, Richard) (Entered: 07/07/2006) |
| 07/25/2006 | ● | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Pamela R. Owens Transcript order form filed in USCA on 7/25/06. Transcript ordered: June 7, 2006 due by 9/25/2006. (Scalfani, Deborah) (Entered: 07/26/2006) |
| 07/25/2006 | ●29 | Letter/request (non-motion) from Beverly George. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 07/26/2006) |
| 07/26/2006 | ●30 | USCA Case Number 06-2082 for 28 Notice of Appeal, filed by Beverly A George,. (Ramos, Jeanette) (Entered: 07/26/2006) |