

# United States Court of Appeals
## For the First Circuit

No. 06-2082

BEVERLY A. GEORGE,

Plaintiff, Appellant,

v.

AT&T CORPORATION,

Defendant, Appellee.

---

**JUDGMENT**
Entered: November 21, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 11/21/06

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Appeals Attorney

[cc: Beverly A. George, Stephen Schultz, Esq., Leah Miriam Moore, Esq., Nathan L. Kaitz, Esq.]